# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kocoras, Charles P. | U.S. District Court, Northern District of Illinois | 01/30/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Senior Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Room 2560
219 S. Dearborn St.
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty | The John Marshall Law School |
| 2. | Board of Visitors | The John Marshall Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | The John Marshall Law School - Teaching | $6,000.00 |
| 2. 2015 | Law Bulletin Publishing Co. Book Royalties | $3,237.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Fireside Realty - Real Estate Sales |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 01/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Checking | | | J | T | | | | | |
| 2. Bank of America - Savings | A | Interest | M | T | | | | | |
| 3. MB Bank | | | J | T | | | | | |
| 4. Charles Schwab & Co. Investments: | | | | | | | | | |
| 5. Deutsche X-trackers MSCI EAFE Hedged Eq DBEF | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 6. Deutsche X-trackers MSCI EAFE Hedged Eq DBEF | A | Dividend | | | Sold | 08/20/15 | J | A | |
| 7. iShares MBS ETF MBB | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 8. iShares MBS ETF MBB | A | Dividend | | | Sold | 04/09/15 | J | A | |
| 9. iShares Edge MSCI Min Vol USA ETF USMV | A | Dividend | J | T | Buy | 04/09/15 | J | | |
| 10. iShares Edge MSCI Min Vol USA ETF USMV | A | Dividend | | | Sold | 08/20/15 | J | A | |
| 11. Schwab Int Tm US Trs SCHR | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 12. Schwab Int Tm US Trs SCHR | A | Dividend | | | Sold | 11/25/15 | J | A | |
| 13. SPDR S&P Semiconductor (ETF) XSD | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 14. SPDR S&P Semiconductor (ETF) XSD | A | Dividend | | | Sold | 03/18/15 | J | A | |
| 15. iShares Gold Trust(ETF) IAU | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 16. iShares Gold Trust(ETF) IAU | A | Dividend | | | Sold | 12/17/15 | J | A | |
| 17. PowerShares DB Agriculture Fund DBA | A | Dividend | J | T | Buy | 03/18/15 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 01/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PowerShares DB Agriculture Fund DBA | A | Dividend | | | Sold | 12/17/15 | J | A | |
| 19. Powershares DB Base Metals Fund (ETF) DBB | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 20. Powershares DB Base Metals Fund (ETF) DBB | A | Dividend | | | Sold | 12/17/15 | J | A | |
| 21. PowerShares DB Oil Fund (ETF) DBO | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 22. PowerShares DB Oil Fund (ETF) DBO | A | Dividend | | | Sold | 12/17/15 | J | A | |
| 23. US Commodity Index USCI | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 24. US Commodity Index USCI | A | Dividend | | | Sold | 03/18/15 | J | A | |
| 25. Flx iB 5y TgDr TIPS TDTF | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 26. Highland/iBoxx Senior Loan ETF SNLN | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 27. iShares Agency Bond ETF AGZ | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 28. iShares China Large-Cap ETF FXI | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 29. iShares iBoxx $ Investment Grade Corporate Bond ETF LQD | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 30. iShares Microcap ETF IWC | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 31. iShares MSCI EAFE Small-Cap ETF SCZ | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 32. PIMCO 0-5 Year High Yield Corporat Bond Index Exchange-Traded HYS | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 33. Schwab U.S. REIT ETF SCHH | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 34. Schwab Emerging Markets Equity ETF SCHE | A | Dividend | J | T | Buy | 02/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab International Equity ETF SCHF | A | Dividend | K | T | Buy | 02/18/15 | K | | |
| 36. Schwab U.S. Large-Cap ETF SCHX | A | Dividend | K | T | Buy | 02/18/15 | K | | |
| 37. Schwab U.S. Small-Cap ETF SCHA | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 38. SPDR Select Sector Fund - Consumer Discretionary XLY | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 39. Financial Select Sector SPDR Fund XLF | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 40. SPDR Bloomberg Barclays High Yield Bond ETF JNK | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 41. PowerShares Optimum Yield Diversified Commodity Strategy No K- PDBC | A | Dividend | J | T | Buy | 12/17/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 01/30/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Charles P. Kocoras**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544